```
DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OCTAVIO GALVAN-RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S. 09-208-LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OCTAVIO GALVAN-RUIZ, | ) | Date: August 25, 2009 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    It is hereby stipulated between the parties, Michael D. Anderson, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender for defendant OCTAVIO GALVAN-RUIZ that the status conference currently set for August 4, 2009, should be continued until August 25, 2009.

    The reason for this continuance is that defense counsel needs additional time to prepare, to review the discovery, to interview witnesses, and to continue plea negotiations with the government.

    It is further stipulated and agreed to between the parties that from the date of this order to August 25, 2009, time should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree

that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated: July 30, 2009

Respectively submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks

DENNIS S. WAKS
Supervising Assistant Federal Defender

Dated:  July 30, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Dennis S. Waks for

MICHAEL D. ANDERSON
Assistant United States Attorney

O R D E R

It is so ordered.

Dated: July 31, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation/Order/GALVAN-RUIZ                2