DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OCTAVIO GALVAN-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S. 09-208-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| OCTAVIO GALVAN-RUIZ, ) | Date: September 9, 2009 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

   It is hereby stipulated between the parties, Michael D. Anderson, Assistant United States Attorney, attorney for Plaintiff, and Dennis S. Waks, Supervising Assistant Federal Defender for defendant OCTAVIO GALVAN-RUIZ that the status conference currently set for August 25, 2009, should be continued until September 9, 2009.

   The reason for this continuance is that defense counsel needs additional time to prepare, to review the discovery, to interview witnesses, and to continue plea negotiations with the government.

   It is further stipulated and agreed to between the parties that from the date of this order to September 9, 2009, time should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate

and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated:   August 20, 2009

Respectively submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for OCTAVIO GALVAN-RUIZ

Dated:   August 20, 2009

LAWRENCE G. BROWN
United States Attorney

/s/ Dennis S. Waks for
_____
MICHAEL D. ANDERSON
Assistant United States Attorney

O R D E R

It is so ordered.

Dated: August 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation/Order/GALVAN-RUIZ                2