DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OCTAVIO GALVAN-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S. 09-208-LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| OCTAVIO GALVAN-RUIZ, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on September 9, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney, Michael Anderson, defense counsel for Octavio Galvan-Ruiz, Supervising Assistant Federal Defender Dennis S. Waks and the defendant were present.

Defense counsel requested that the matter be set for a change of plea hearing on October 6, 2009, at 9:15 a.m.

IT IS HEREBY ORDERED that this matter be set for a change of plea hearing on October 6, 2009, at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4), the period

1 | from September 9, 2009, to and including October 6, 2009, is excluded
2 | from the time computations required by the Speedy Trial Act due to
3 | ongoing preparation of counsel.
4 | DATED: September 11, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT